UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN C. MENA, | ) |
| | ) |
| Petitioner, | ) Case No. EDCV 11-645-RSWL(AJW) |
| | ) |
| v. | ) |
| | ) |
| FERNANDO GONZALEZ, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

It is hereby adjudged that respondent's motion to dismiss is granted, and the petition for a writ of habeas corpus is dismissed.

Dated: July 21, 2011

                                        RONALD S.W. LEW
                                        Ronald S.W. Lew
                                        United States District Judge